Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 18−28914−CMG
    Chapter: 13
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Justin M. Peters
103 Mary Street
Bordentown, NJ 08505

Meghan E. Peters
103 Mary Street
Bordentown, NJ 08505

Social Security No.:
  xxx−xx−6255
                              xxx−xx−9903

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on November 7, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 8, 2019
JAN: bwj

                                                               Jeanne Naughton
                                                               Clerk

```
United States Bankruptcy Court
       District of New Jersey

In re:                                                        Case No. 18-28914-CMG
Justin M. Peters                                              Chapter 13
Meghan E. Peters
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Nov 08, 2019
                              Form ID: 148               Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db/jdb         +Justin M. Peters,    Meghan E. Peters,    103 Mary Street,    Bordentown, NJ 08505-1813
517862879       Emergency Physicians Services of NJ, PA,     PO Box 1123,    Minneapolis MN 55440-1123
517771469      +N.J. Division of Taxation,     Bankruptcy Section,    P.O. Box 245,   Trenton, NJ 08695-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:09      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:06      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517888923       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:13:46
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517771466      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 09 2019 00:05:35
                Bayview Loan Servicing LLC,    4425 Ponce De Leon Boulevard,   5th Floor,
                Miami, FL 33146-1837
517894134      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 09 2019 00:05:35
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
517771467      +EDI: IIC9.COM Nov 09 2019 04:33:00      I C Systems,    444 Highway 96 E,
                Saint Paul, MN 55127-2557
517771468      +EDI: IRS.COM Nov 09 2019 04:33:00      Internal Revenue Service,    P.O Box 7346,
                Philadelphia, PA 19101-7346
517771470      +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon Wireless Bankruptcy Admin,
                500 Technology Drive,    Suite 550,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Boulevard,   5th Floor,
                Miami, Fl 33146-1837
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Joint Debtor Meghan E. Peters
               bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Debtor Justin M. Peters bankruptcy@veitengruberlaw.com,
               knapolitano15@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```