Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–28914–CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Justin M. Peters | Meghan E. Peters |
| 103 Mary Street | 103 Mary Street |
| Bordentown, NJ 08505 | Bordentown, NJ 08505 |

Social Security No.:
  xxx–xx–6255                                     xxx–xx–9903

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 28, 2020</u>             <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court